# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GN PRO GROUP, LLC, an Illinois Limited Liability Company and GALINA NEDIALKOVA, its sole Member/Manager;<br><br>Plaintiffs,<br><br>v.<br><br>WELL DONE ASAP, LLC, a Pennsylvania Limited Liability Company; JOHN DOE(S), an unidentified individual(s); and JPMORGAN CHASE BANK, N.A., a national association;<br><br>Defendants. | Case No. 23-cv-16711<br><br>Hon. Andrea R. Wood<br><br>Magistrate Judge Sunil R. Harjani |

**DECLARATION OF MICHAEL MANCZKO**

I, Michael Manczko, declare as follows:

1. I am a Vice President Senior Branch Manager at defendant JPMorgan Chase Bank, N.A. ("Chase"). In my capacity as Vice President, Business Analysis Manager, I am familiar with certain of Chase's business operations and certain of Chase's banking practices. I have access to documents and information in the normal course of business regarding certain of Chase's banking operations and regarding Chase's accountholders, including the account of GN Pro Group, LLC ("GN Pro").

2. I am familiar with the facts set forth herein based on my review of Chase's business records, which records were made by a person with knowledge of the event described therein at or near the time of the event described, and are kept in the ordinary course of the regularly conducted business activity.

3. If called to testify at the trial of this matter, I could competently testify as to the facts set forth herein.

4. A true and correct copy of the Wire Transfer Outgoing Request Form that Ms. Nedialkova completed and executed on April 19, 2021 is attached hereto as Exhibit A.

5. Exhibit A is a business record made in the ordinary course of business at Chase.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed on April 4, 2024 in Prospect Heights, Illinois

Michael Manczko
Vice President Senior Branch Manager
JPMorgan Chase Bank, N.A.

# Exhibit A

# Wire Transfer Outgoing Request

CHASE

## Wire Transfer Sender Information

| | | | | |
|---|---|---|---|---|
| Sender Name: GALINA P NEDIALKOVA | | | | |
| Account Name: GN PRO GROUP LLC | | Street Address: 105 S SCHOOL LN | | |
| City: PROSPECT HEIGHTS | State: IL | Zip: 60070-2550 | Country: USA | Daytime Phone: 703-772-4708 |
| Primary ID Type: Driver's License | ID Issuer: IL | ID Number: [redacted]0833 | ID Issue Date: 04/14/2021 | ID Exp: 07/13/2021 |
| Secondary ID Type: Chase or Bank Issued Credit/Debit Card | ID Issuer: US BANK | ID Number: XXXXXXXXXXXX5679 | ID Issue Date: | ID Exp: 09/30/2021 |
| Comments: | | | | |

## Wire Transfer Information

| | | | |
|---|---|---|---|
| Request Date: 04/19/2021 | Request time: 10:23:13AM Eastern time | Effective date: 04/19/2021 | Wire Type: Domestic |
| Debit Account #: [redacted]2318 | Debit Account Type: TOTAL BUS CHK | Wire Amount (US dollars): $149,850.28 | |
| Qualifying Account #: | Qualifying Account Type: | Source of funds: Checking | Wire Fee: $35.00 |
| Currency type to be sent: US Dollars | Exchange rate: N/A | Foreign currency amount: N/A | Amount to Collect (USD): $149,885.28 |
| FX Contract Number: | | | |

## Recipient Account Information

| | | | | |
|---|---|---|---|---|
| Account Name: INDEPENDENT ESCROW SERVICES ASAP | | | | |
| Street Address: | Account Number: [redacted]1895 | | | |
| | City: | State: | Zip: | Country: |
| Text to Recipient: BUYER'S NAME: VIGA CHICAGO LLC, FILE REF/COMMITTMENT# 16220907, PROPERTY ADDRESS: 760 W DEMPSTER ST #208, MOUNT PROSPECT IL 60056 | | | | |

## Receiving Bank Information

| | | | | |
|---|---|---|---|---|
| Bank Name: JPMorgan Chase Bank, National Association | | | | |
| Street Address: 800 Highlander Point Dr, Ste 106 | Bank ABA/SWIFT Code: 083000137 | | | |
| | City: Floyds Knobs | State: IN | Zip: 47119 | Country: USA |
| Intermediary Bank Name: | | | | |
| Street Address: | Intermediary Bank ABA: | | | |
| | City: | State: | Zip: | Country: |
| Text to Receiving Bank: | | | | |

# Wire Transfer Agreement

**1. Service.**

The terms and provisions in this Wire Transfer Agreement ("Agreement") describe our wire transfer service, including what you can expect from us (JPMorgan Chase Bank, N.A.) and the security procedures we will take when you send a wire transfer. If there is a conflict between any section of your Deposit Account Agreement and this Agreement, the provisions of this Agreement will apply.

The following types of wire transfers, when completed by a branch banker or by a Chase Private Client banker, are governed by this Agreement:

- **Domestic Wire Transfer:** A wire transfer sent to a bank within the U.S., including its territories.
- **International Wire Transfer:** A wire transfer sent in either U.S. or foreign currencies, including using our Chase Global Transfer service, to a bank outside the U.S. **Consumer International Wire Transfers** are wires that are sent from an account used primarily for personal, family, or household purposes.

By providing your signature as authorization, as part of our security procedures, you agree to these terms and conditions and authorize us to provide you Domestic Wire Transfers or International Wire Transfers. Wire transfers, when completed using our Online Services or Mobile Services, are governed by a separate agreement.

**2. Security Procedures.**

These security procedures are only to help prevent unauthorized access to your account. All wire transfer requests go through an internal review, and we may need to contact you to verify information about your wire transfer. We may impose stricter security procedures for any particular wire transfer you make, but we have no obligation to do so. If we choose to impose stricter security procedures, we will not be liable to you for any delays or losses, and we will not be obligated to impose such security procedures in the future.

**(a) For Chase Branch Wire Transfers Only:**
When you request a wire transfer in a branch you will be required to provide your signature as authorization for each wire transfer and show valid identification. You acknowledge these security procedures used for wire requests you make in a branch are a commercially reasonable method of verifying your branch wire transfer. You are responsible for any wire transfer issued in your name using these security procedures, whether or not you actually authorized the transfer.

**(b) For Chase Private Client Customers Only:**
Only Chase Private Client Telephone Banking can complete your wire transfer request using this service. To request wire transfers, you must provide your signature as authorization and maintain an active Chase Private Client Checking or Savings account. On the authorization form you can place a dollar limit on the wire transfers you request.

- You may request a wire transfer by telephone, and you agree that we will confirm your request by using any of the following security procedures, at our discretion:
  - Confirming certain personal information about you.
  - Contacting you, another account holder or someone else you have listed on the authorization form.
- You may request a wire transfer by email, and you agree that we will confirm your request by contacting you or another account holder.
- We may call you at any phone number we have for you in our records or to the phone numbers provided on the authorization form.
- You acknowledge that we offer wire transfer services in person at our branches, or online which provide a higher level of security for your accounts, and you can use these options instead. You acknowledge the respective security procedures above for wire transfers are a commercially reasonable method of verifying your wire transfer. You are responsible for any wire transfer issued in your name using these security procedures, whether or not you actually authorized the transfer.
- If you do not specify the account from which to subtract the funds, we can subtract the amount of the wire transfer from any account you designated on the authorization form.

**3. Processing, Canceling, Delays and Notifications of Wire Transfers.**

**(a) Processing:** We'll start processing your wire transfer the same business day if we receive it before the cutoff times we establish from time to time or provide you at the time you request your transfer. If we receive your request after that time, we'll process it the following business day. After we start processing your wire transfer, you must have available funds in the deposit account you designated in your Instructions.

**(b) Canceling:** You have the right to cancel Consumer International Wire Transfers at no cost to you within 30 minutes after you have authorized us to send it. For all other wire transfers, once you have submitted a wire transfer for the current business day, you cannot cancel it after we've begun processing, but you may request us to attempt to return the funds to you. If the recipient's bank agrees, your funds may be returned to you, but likely not the full amount that was originally sent. We will not automatically cancel your wire transfer due to the transfer being delayed by more than five business days; if we do cancel your wire transfer we'll notify you.

**(c) Modifying:** Once a wire transfer has begun processing, we will not be able to change any type of wire transfer requests unless the recipient's bank agrees. If the recipient's bank declines to change the wire transfer request, you will be responsible for the transfer you initially requested.

**(d) Internal Review:** During our internal review, we may subtract funds from your account or place a hold on your account and it may result in processing delays. Once we have released the wire transfer, the recipient's bank may delay credit to the recipient due to their own internal review processes.

**(e) Notifications:** We will send you an email notification on the status of your wire transfer, it will be sent to an email address you have provided. We may also notify you verbally of the status of your wire transfer, but we are not required to do so. If you do not have an email address on file, if the email is returned undeliverable, or we are unable to send an email due to system failures or outages beyond our reasonable control, it is your responsibility to monitor your account for the status of your wire transfer. You may contact us for the status of your wire transfer. These notification methods are deemed to be commercially reasonable. Any other information we may provide upon successfully scheduling a wire transfer is only an indication that we've received your request and not an indication that we've accepted your wire transfer.

**4. Identifying Number.**

We or any other bank involved in the wire transfer will complete your wire transfer request using the account number or bank identification number you provide, even if the numbers do not match the recipient's or bank's name. ***If you provided us an incorrect account number for the recipient or an incorrect routing or identification number for the recipient's bank, you could lose the amount of the transfer.***

## Wire Transfer Agreement - continued

**5. Future Dated Wire Transfers.**
You may request a future dated (one –time) domestic wire transfer, up to 10 business days from the current business day's cutoff time. You cannot cancel a future dated wire transfer once it has been requested.

**6. Foreign Exchange Transfer.**
It is our discretion in which foreign currencies we will send wire transfers, and these can change at any time. If you send a wire transfer in a foreign currency, you authorize us to deduct the amount from your account at the exchange rate we offered at the time you requested it. The foreign exchange rates we use are determined by us in our sole discretion.

The exchange rate we use will include a spread and may include commissions or other costs that we, our affiliates, or our vendors may charge in providing foreign currency exchange to you. The exchange rate may vary among customers depending on your relationship, products with us or the type of transaction being conducted, the dollar amount, type of currency, and the date and the time of the exchange. You should expect that these rates will be less favorable than rates quoted online or in publications.

If the funds are returned or payment cannot be made for any reason, we will not be liable for more than the amount of the wire transfer at our exchange rate at the time we return the funds to you, less charges taken by any other bank involved in the wire transfer. If you cancel a funds transfer request, other than a cancellation of a Consumer International Funds Transfer within 30 minutes after you authorized us to send it, and it causes a loss or cost to us, we may subtract funds from your account to cover these losses. If your initial request is returned, cancelled or changed, your new wire transfer request will be subject to a new exchange rate.

If the wire transfer is not in the currency of the recipient's account, the recipient's bank or another processing bank may reject the wire transfer or convert it. If converted, you agree the wire transfer may be converted to a different currency at their exchange rate and may subtract additional fees.

**7. Fees and Payment Route.**
We may charge a fee when you use this service. Please refer to your account agreement or product information for fees that may apply. We may use any funds transfer system we believe reasonable to complete your request, regardless of any instructions you might give us. If we also are the recipient's bank, we may complete your request using an internal transfer. You are responsible for all fees and taxes, including our fees and any fees charged by other funds transfer systems or banks involved in the transfer.

**8. Wire Transfer System Rules and Laws.**
The use of this service is subject to all applicable U.S. federal and state laws, regulations, rules and wire transfer arrangements, including the respective state's Uniform Commercial Code Article 4A, as may be applicable. If you make a Consumer International Wire Transfer, it is also subject to additional federal laws and regulations which, in the event of a conflict with this Agreement, will govern. All of your wire transfers must comply with U.S. laws, including the regulations and economic sanctions administered by the U.S. Treasury Department's Office of Foreign Asset Control and other applicable laws.

**9. Indemnification.**
You will indemnify us for all claims, expenses, liabilities, and losses (including reasonable legal fees) if you or a third party makes a claim against us for any of our actions or services in this Agreement, unless they prove gross negligence or willful misconduct. You understand this section will survive even if you close your account or this Agreement is terminated.

**10. Failure to Perform; Limitation of Liability.**
We are only responsible for performing the services specified in this Agreement. We will not be liable for the failure or delay of any wire transfer or for failing to meet other obligations in the Agreement because of circumstances or causes beyond our control, including governmental, legal or regulatory restrictions or prohibitions, third party actions, natural disasters, equipment or system failures, labor disputes, wars or riots. We are not liable for any indirect, special or consequential damages.
Any provision of this Agreement that limits the bank's liability does not negate the bank's duty (if any) under applicable law to act in good faith and with reasonable care.

**11. Changes to the Agreement**
We may change the terms of this Agreement, including fees and features of this service, at any time. If any change would adversely affect you, we will notify you in advance, unless the change is necessary to comply with a legal requirement.

We may direct you to a branch or to your Chase Private Client banker for the content of any changes or the revised Agreement unless the law requires a different method. Your use of this service after we have made such changes available will be considered your agreement to the change.

**By providing your signature as authorization, you agree to these terms and conditions, that the wire transfer information in this document is accurate and you authorize us to process this wire transfer.**

**Recipient Bank's Identifier (ABA/SWIFT):** 083000137 **Recipient's Account Number:** [redacted]1895

**Sender's Signature:** [signature] **Date:** 4/19/2021

**Email Address:** vandillc@hotmail.com

**Transaction Number (Contact ID):** 744642447470001

**The Email Address and Transaction Number provided will be used for communication purposes.**

**Branch / Department Information**

Initiated by: ANGELO SANTUCCI Initiating Branch: Randhurst - 789 Phone: 847-818-3607 Request Time: 10:23:13AM

Wire Transfer: ☒ Approved ☐ Declined Approved/Declined by (Print): Lataya Cogburn

Approved/Declined by (Signature): [signature] Date: 04/19/2021

Decline Reason: Comments:

Approving Manager (wire amount over limit)

Method of Approval (attach required supporting documentation) ☐ Phone call ☐ Email ☐ Other (explain)

Wire Tracking Information

FX Contract Number (if applicable)